## SBROCCO v LA RICCIO

Ohio Appeals, 8th Dist, Cuyahoga Co

No 12961. Decided June 12, 1933

Burnett, Pizzi & Burnett, Cleveland, for plaintiff in error.

M. A. Picciano, Cleveland, for defendant in error.

BLOSSER, PJ, MIDDLETON and MAUCK, JJ, (4th Dist) sitting.

MIDDLETON and MAUCK, JJ, concur in judgment.